LITTLE FALLS NAT. BANK, Respondent, v. KING et al. (RICHMOND et al., Appellants). (Supreme Court, Appellate Division, Fourth Department. May 13, 1902.) Action by the Little Falls National Bank against Charles King and others. No opinion. Motion denied, with $10 costs.

LOBSENZ, Appellant, v. METROPOLITAN ST. RY. CO., Respondent. (Supreme Court, Appellate Division, First Department. April 11, 1902.) Action by Jacob Lobsenz against the Metropolitan Street Railway Company. W. H. Edwards, for appellant. A. C. Ormsbee, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. See 76 N. Y. Supp. 411.

LOCKMAN, Respondent, v. MANHATTAN RY. CO., Appellant. (Supreme Court, Appellate Division, First Department. April 11, 1902.) Action by Jacob K. Lockman, as executor, against the Manhattan Railway Company. S. Babcock, for appellant. L. L. Delafield, for respondent.

PER CURIAM. Judgment modified, by reducing amount awarded for fee damage to $3,500, and by reducing the judgment for rental damage, costs, allowance, etc., as entered, to the sum of $2,272.30, and, as so modified, affirmed, without costs to either party.

LOTT v. NASSAU R. CO. (Supreme Court, Appellate Division, Second Department. April 18, 1902.) Action by Florence Adele Lott against the Nassau Railroad Company. No opinion. Reargument ordered for Thursday, April 24th.

LOVETT et al., Appellants, v. HILL, Respondent. (Supreme Court, Appellate Division, Second Department. April 18, 1902.) Action by George E. Lovett and Grace E. Lovett, composing the firm of George E. Lovett & Co., as attorneys for Harold and Ellen Terrell, executors, etc., against John Hill. No opinion. Judgment of the municipal court affirmed, with costs.

MAAS, Respondent, v. GERMAN SAV. BANK OF NEW YORK, Appellant. (Supreme Court, Appellate Division, First Department. April 11, 1902.) Action by Charles Maas, as administrator, against the German Savings Bank of New York. E. J. Spink, for appellant. T. F. Gilroy, Jr., for respondent. No opinion. Reargument ordered.

McCOY, Respondent, v. BUTTLING et al., Appellants. (Supreme Court, Appellate Division, Second Department. May 1, 1902.) Action by George F. McCoy against Avery Buttling and another, as copartners, etc. No opinion. Judgment of the municipal court affirmed, with costs.

McCREDY v. WOODCOCK. (Supreme Court, Appellate Division, First Department. May 23, 1902.) Action by Charles A. McCredy against Daniel Woodcock, as attorney, etc. J. P. Murray, for plaintiff. P. S. Menken, for defendant. No opinion. Exceptions overruled, and judgment directed for plaintiff, with costs.

McKEE et al., Respondents, v. NEW YORK STEEL & WIRE CO., Appellant. (Supreme Court, Appellate Division, Second Department. April 18, 1902.) Action by Harry D. McKee and William W. Beers against the New York Steel & Wire Company. No opinion. Judgment of the municipal court affirmed, with costs.

McMAHON, Respondent, v. NEW YORK, CENT. & H. R. R. CO., Appellant. (Supreme Court, Appellate Division, First Department. May 9, 1902.) Action by Rosetta McMahon, as administratrix, against the New York Central & Hudson River Railroad Company. C. C. Paulding, for appellant. E. J. McCorssin, for respondent. No opinion. Judgment and order affirmed, with costs.

McWHINNEY, Respondent, v. NEW YORK & N. S. RY. CO., Appellant. (Supreme Court, Appellate Division, Second Department. April 18, 1902.) Action by Lidie W. McWhinney against the New York & North Shore Railway Company. No opinion. Judgment and order unanimously affirmed, with costs.

MADISON, Appellant, v. BROWER, Respondent. (Supreme Court, Appellate Division, First Department. May 9, 1902.) Action by Winfield S. Madison against Charles De H. Brower. S. V. Constant, for appellant. W. J. Kimber, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

In re MAHLSTADT. (Supreme Court, Appellate Division, Second Department. April 19, 1902.) In the matter of Mahlstadt. No opinion. Order signed.